# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:09CR25-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER GRANTING ADMISSION** |
| ) | *PRO HAC VICE* |
| JAVIER CAMPOS MONTE, ) | |
| ) | |
| Defendant ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 97) filed February 24, 2010.

For good cause shown, the Motion is hereby **GRANTED,** and Larry David Wolfe is admitted *pro hac vice* to represent the Defendant in this matter.

**SO ORDERED**.

Signed: February 24, 2010

David C. Keesler
United States Magistrate Judge